# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================

## NO. 03-05-00748-CV

========================

## In the Interest of J. A. S.

=================================================================================

### FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT
### NO. 12,847, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING

=================================================================================

## M E M O R A N D U M   O P I N I O N

David William Socha, the father of J.A.S., brought this appeal from a suit to modify the parent-child relationship. He has now filed an unopposed motion to dismiss, stating that he no longer desires to pursue this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Patterson and Pemberton

Dismissed on Appellant's Motion

Filed:   April 21, 2006